# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| EAST UNION TOWNSHIP AND SERVICE ELECTRIC CABLE VISION, INC. | : No. 864 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court |
| v. | : |
| SCHUYLKILL COUNTY ZONING HEARING BOARD | : |
| v. | : |
| GLADSTONE PARTNERS, LLC | : |
| PETITION OF: GLADSTONE PARTNERS, LLC | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.